UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SELDON,

    Plaintiff,

    v.

7-ELEVEN INC., et al.,

    Defendants.
_____/

No. C 14-1621 PJH

**ORDER GRANTING MOTION TO SET ASIDE DEFAULT**

    Plaintiff Christopher Seldon having filed a request for entry of default against defendants Dhingra, Inc. and Parminder Dhinghra d/b/a 7-Eleven on May 29, 2014; and the clerk having entered default on May 30, 2014; and defendants having filed a motion to set aside the default; and plaintiff Christopher Seldon having filed a notice of non-opposition to the motion, the motion is hereby GRANTED and the default is ORDERED set aside. The date for the hearing on the motion, previously set for July 23, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: June 20, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge